SUPREME COURT OF NEW JERSEY
D-78 September Term 2018
082381

In the Matter of

Sanghwan Hahn,

An Attorney At Law

(Attorney No. 037611994)

FILED
SEP 06 2019
Heather J Bate
CLERK

O R D E R

The Disciplinary Review Board having filed with the Court its decision in DRB 18-278, concluding on the record certified to the Board pursuant to Rule 1:20-4(f)(default by respondent), that **Sanghwan Hahn** of **Palisades Park**, who was admitted to the bar of this State in 1994, and who has been suspended from the practice of law since May 4, 2017, should be censured for violating RPC 8.1(b)(failure to cooperate with disciplinary authorities) and RPC 8.4(d)(conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **Sanghwan Hahn** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent remain suspended pursuant to the Order of this Court filed May 4, 2017, and pending the further Order of the Court; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight

Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in Rule 1:20-17.

WITNESS, the Honorable Stuart Rabner, Chief Justice, at Trenton, this 4th day of September, 2019.

*[signature]*

CLERK OF THE SUPREME COURT